IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOLUTIONSTREAM, a Utah limited liability company,<br><br>Plaintiff,<br>v.<br><br>3D FOOTPRINTS, an Oregon corporation,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER DENYING [14] MOTION FOR DEFAULT ON COUNTERCLAIMS**<br><br>Case No. 2:17-cv-00605-DN<br><br>District Judge David Nuffer |

In responding to the complaint by plaintiff SolutionStream, defendant 3D Footprints[1] asserted counterclaims with its answer.[2] The counterclaims were filed June 15, 2017. After more than seven months, SolutionStream had not filed a response to the counterclaims, although both parties participated in the litigation, including an attorneys planning meeting, in the interim. 3D Footprints has filed a Motion for Entry of Default (the "Motion").[3] Just before the Motion was filed, on the same day, SolutionStream filed its Reply to Counterclaim.[4] The Motion can be resolved without a response from SolutionStream.

Applying Rule 55(a) of the Federal Rules of Civil Procedure, the Motion is denied. Rule 55(a), the rule governing entry of default, provides: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by

---

[1] The defendant contends that Cropper Medical, Inc. is the proper party in interest and that 3D Footprints is a DBA. For convenience, the defendant is referred to as "3D Footprints."

[2] Answer by Cropper Medical, Inc. to Complaint, Affirmative Defenses and Counterclaims, docket no. 4, filed June 15, 2017.

[3] Docket no. 14, filed February 5, 2018.

[4] Docket no. 12, filed February 5, 2018.

affidavit or otherwise, the clerk must enter the party's default."[5] At the time the Motion was filed, SolutionStream had not "failed to plead or otherwise defend."[6] SolutionStream no doubt was alerted to the need to file its response be 3D Footprints' mistaken filing of a motion for default judgment—which must be preceded by entry of default under Rule 55. In any case, a default would not serve the purpose of Rule 55 here, where SolutionStream is actively litigating the case and a response to the counterclaims is now in the record.

THEREFORE, IT IS HEREBY ORDERED that the Motion[7] is DENIED.

Dated February 14, 2018.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[5] Fed. R. Civ. P. 55(a).

[6] *Id.*

[7] Docket no. 14.

2